**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 15, 2026

**BY EMAIL**
The Honorable Victoria Reznik
United States District Court
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re: Unsealing of Indictment 26 Cr. 306**

Dear Judge Reznik:

The Government respectfully requests that Indictment 26 Cr. 306 be unsealed and that a United States District Judge be assigned to the case. A proposed order to that effect is attached. This case is designated as a Wheel A case.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: ______________________________
Christopher Morel
Madison Reddick Smyser
Assistant United States Attorneys

Enclosure

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYLE BROWN,

Defendant.

**UNSEALING ORDER**

26 Cr. 306 (____)

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorneys Christopher Morel and Madison Reddick Smyser;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and it is therefore:

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated: New York, New York
July 15, 2026

HONORABLE VICTORIA REZNIK
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK