UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA | **SEALED INDICTMENT** |
| v. | 26 Cr. |
| KYLE BROWN, | |
| Defendant. | |

## Introduction

At all times relevant to this Indictment, unless otherwise indicated:

1.    KYLE BROWN, the defendant, was employed by the United States Bureau of Prisons ("BOP") as a Correctional Officer from in or about 2024 through in or about July 2026 and was assigned to Federal Correctional Institution, Otisville ("FCI Otisville"), a BOP facility in Otisville, New York.

2.    From at least in or about December 2025 through at least in or about April 2026, BROWN had authority over an individual who was incarcerated at FCI Otisville following a conviction ("Victim-1"), and BROWN engaged in sexual acts, including anal and oral sex, with Victim-1 on multiple occasions.

## COUNT ONE
### (Sexual Abuse of a Ward)

The Grand Jury charges:

1.    On or about December 26, 2025, in the Southern District of New York and elsewhere, KYLE BROWN, the defendant, did knowingly engage in a sexual act and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(A)-(B), with Victim-1, who was in official detention at a Federal prison, and who was under the defendant's custodial, supervisory, and disciplinary authority, to wit, BROWN engaged in anal and oral sex

with Victim-1 while Victim-1 was incarcerated at FCI Otisville.

(Title 18, United States Code, Section 2243(b).)

## COUNT TWO
### (Sexual Abuse of a Ward)

The Grand Jury further charges:

2.    On or about March 21, 2026, in the Southern District of New York and elsewhere, KYLE BROWN, the defendant, did knowingly engage in a sexual act and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(B), with Victim-1, who was in official detention at a Federal prison, and who was under the defendant's custodial, supervisory, and disciplinary authority, to wit, BROWN engaged in oral sex with Victim-1 while Victim-1 was incarcerated at FCI Otisville.

(Title 18, United States Code, Section 2243(b).)

## COUNT THREE
### (Sexual Abuse of a Ward)

The Grand Jury further charges:

3.    On or about April 4, 2026, in the Southern District of New York and elsewhere, KYLE BROWN, the defendant, did knowingly engage in a sexual act and attempt to engage in a sexual act, as defined in Title 18, United States Code, Section 2246(2)(A)-(B), with Victim-1, who was in official detention at a Federal prison, and who was under the defendant's custodial, supervisory, and disciplinary authority, to wit, BROWN engaged in anal and oral sex with Victim-1 while Victim-1 was incarcerated at FCI Otisville.

(Title 18, United States Code, Section 2243(b).)

## FORFEITURE ALLEGATION

4.    As a result of committing the offenses alleged in Counts One, Two, and Three of this Indictment, KYLE BROWN, the defendant, shall forfeit to the United States, pursuant to Title

18, United States Code, Section 2253, any and all property, real and personal, constituting or traceable to gross profits or other proceeds obtained from said offenses and any and all property, real or personal, used or intended to be used to commit or promote the commission of said offenses or traceable to such property, including but not limited to a sum of money in United States currency representing the amount of proceeds traceable to the commission of said offenses.

FOREPERSON

JAY CLAYTON
United States Attorney

3