UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>KYLE BROWN,<br><br>Defendant. | | **SCHEDULING ORDER**<br><br>7:26-cr-306 (PMH) |

An Initial Conference is scheduled for August 6, 2026 at 11:30 a.m. in Courtroom 520 at the White Plains Courthouse.

**SO ORDERED:**

Dated: White Plains, New York
July 17, 2026

Philip M. Halpern
United States District Judge