Application granted. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 8).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
July 21, 2026

**BY ECF**
The Honorable Philip M. Halpe[rn]
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re: *United States v. Kyle Brown*, 26 Cr. 306 (PMH)**

Dear Judge Halpern:

The Government writes to respectfully request that the Court exclude time under the Speedy Trial Act between July 29, 2026 and August 6, 2026, the currently scheduled date of the parties' initial conference in the above-captioned matter. *See* 18 U.S.C. § 3161(h)(7)(A).

On July 15, 2026, the defendant was arraigned on a three-count indictment before the Honorable Victoria Reznik, United States Magistrate Judge for the Southern District of New York. At that proceeding, Judge Reznik granted the Government's motion to exclude time until the initial conference before the Court, not to exceed two weeks, i.e., July 29, 2026. Due to scheduling conflicts, the initial conference has now been scheduled for August 6, 2026.

Accordingly, the Government respectfully requests an exclusion of time from July 29, 2026 until August 6, 2026, pursuant to 18 U.S.C. § 3161(h)(7)(A), so that the Government may prepare discovery; defense counsel may review discovery; defense counsel may consult with the defendant; and the parties may discuss the possibility of a pretrial resolution. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial. Defense counsel has consented to this request.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: ______________________
Christopher Morel
Madison Reddick Smyser
Assistant United States Attorneys
914-993-1930 / 212-637-2381

cc: Joy Chen, Esq. (by ECF)