Federal Defenders
OF NEW YORK, INC.

Southern District
...Street, 10th Floor
...York, NY 10007
... (212) 571-0392

Tamara Giwa
*Executive Director*

...ifer L. Brown
*...rney-in-Charge*

Application granted. Mr. Brown's restrictions are modified such that he may travel to and from the Northern District of New York for work purposes only. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 17).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
October 13, 2026

By ECF and email

The Hon. Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas St.
White Plains, NY 10601

Re: *United States v. Kyle Brown*, 26 Cr. 306 (PMH)

Dear Judge Halpern,

I write, without objection from Pretrial Services or the Government, to respectfully request a modification of Mr. Brown's pretrial release conditions to permit him to travel to and from the Northern District of New York, for work purposes only. Mr. Brown presently works as an Amazon delivery driver. He remains in compliance with all conditions of pretrial release.

Thank you for your consideration of this requested bond modification.

Sincerely,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Attorney for Kyle Brown

cc: AUSAs Madison Smyser and Christopher Morel