Federal Defenders
OF NEW YORK, INC.

Tamara Giwa
*Executive Director*

Southern District
loor
007
392
wn
e

Application granted. The status conference scheduled for November 18, 2026 is adjourned to March 16, 2027 at 11:30 a.m. The Government shall file a proposed order to exclude time under the Speedy Trial Act. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 19).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 12, 2026

**By ECF and email**

Hon. Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas St.
White Plains, NY 10601

**Re: *United States v. Kyle Brown*, 26 Cr. 306 (PMH)**

Dear Judge Halpern,

I write on behalf of the parties in advance of the status conference scheduled for November 18, 2026, at 11:30 a.m. The defense respectfully requests an adjournment of the status conference by no sooner than 90 days. The government consents to this request. The defense requires additional time to review discovery, and the parties require additional time to engage in discussions to determine whether this matter may be resolved short of pretrial litigation and trial. This is the first request for adjournment of the status conference in this case.

If the Court grants this request, the parties submit that the Court should exclude the time until the next conference under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7), in the interest of justice.

Respectfully submitted,

*/s/ Joy Chen*
Joy Chen
Assistant Federal Defender
Counsel for Kyle Brown
917-842-5074

CC: AUSAs Madison Smyser and Christopher Morel