**U.S. Department of Justice**

Application granted. The Clerk of Court is respectfully directed to terminate the pending letter-motion (Doc. 21).

SO ORDERED.

Philip M. Halpern
United States District Judge

Dated: White Plains, New York
November 16, 2026

**BY ECF**
The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:** ***United States v. Kyle Brown*, 26 Cr. 306 (PMH)**

Dear Judge Halpern:

Per the Court's Memo Endorsement dated November 12, 2026 (ECF No. 20), and following defendant Kyle Brown's request for an adjournment (ECF No. 19), the Government writes to respectfully request that the Court exclude time under the Speedy Trial Act between November 18, 2026 until March 16, 2027, pursuant to 18 U.S.C. § 3161(h)(7)(A), so that defense counsel may review discovery; defense counsel may consult with the defendant; and the parties may discuss the possibility of a pretrial resolution. The ends of justice served by the granting of the continuance requested outweigh the interests of the public and defendant in a speedy trial. The defendant consents to this request.

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney

by: ______________________
Christopher Morel
Madison Reddick Smyser
Assistant United States Attorneys
914-993-1930 / 212-637-2381

cc: Joy Chen, Esq. (by ECF)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

KYLE BROWN,

*Defendant.*

**[PROPOSED] ORDER**

26 Cr. 306 (PMH)

Upon the application of the United States of America, by and through James M. McDonald, United States Attorney for the Southern District of New York, and Madison Reddick Smyser and Christopher Morel, Assistant United States Attorneys, of counsel, and with consent from the defendant, by and through his respective counsel, it is hereby ORDERED that the time from November 18, 2026, through and including the next pretrial conference, which is scheduled for March 16, 2027, is excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(7)(A), in the interests of justice.

The Court finds that the ends of justice served by granting the exclusion outweigh the best interests of the public and the defendant in a speedy trial, because it will permit the defendant to review discovery and the parties to discuss the possibility of a pretrial resolution.

Dated: White Plains, New York
November ___, 2026

_______________________________
THE HONORABLE PHILIP M. HALPERN
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF NEW YORK